UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

 Donald Parler

| | |
|---|---|
| Case No.: | 22-17641 |
| Chapter: | 13 |
| Judge: | Kaplan |

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

The relief set forth on the following page is hereby **ORDERED**.

DATE:  09/27/2022

Michael B. Kaplan
U. S. Bankruptcy Judge

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

☐  The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

☒  The debtor(s) must pay the filing fee according to the following terms:

You must pay …..                    On or before this date …..

$ 82.75 _____      With Petition _____ month/day/year

$ 76.75 _____      10/27/2022 _____ month/day/year

$ 76.75 _____      11/27/2022 _____ month/day/year

$ 76.75 _____      12/27/2022 _____ month/day/year

Total: $ 313.00 _____

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

IMPORTANT: All fees must be paid by certified funds or money order. The Clerk's Office does not accept cash.

*rev.12/1/15*



**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | Donald | Parler |
| | First Name    Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name    Middle Name | Last Name |

United States Bankruptcy Court for the: District of New Jersey

Case number _22-17641_
(if known)

☐ Check if this is an amended filing

---

Official Form 103A

# Application for Individuals to Pay the Filing Fee in Installments          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

## Part 1:    Specify Your Proposed Payment Timetable

1. **Which chapter of the Bankruptcy Code are you choosing to file under?**
   ☐ Chapter 7
   ☐ Chapter 11
   ☐ Chapter 12
   ☑ Chapter 13

2. **You may apply to pay the filing fee in up to four installments. Fill in the amounts you propose to pay and the dates you plan to pay them. Be sure all dates are business days. Then add the payments you propose to pay.**

   **You must propose to pay the entire fee no later than 120 days after you file this bankruptcy case. If the court approves your application, the court will set your final payment timetable.**

   You propose to pay...

   | | |
   |---|---|
   | $ 82.75 | ☑ With the filing of the petition     09/27/2022  MM / DD / YYYY  ☐ On or before this date........ |
   | $ 82.75 | On or before this date ..........  09/27/2022  MM / DD / YYYY |
   | $ 82.75 | On or before this date ..........  09/27/2022  MM / DD / YYYY |
   | + $ 82.75 | On or before this date ..........  09/27/2022  MM / DD / YYYY |
   | Total   $ 331.00 | ◄ Your total must equal the entire fee for the chapter you checked in line 1. |

## Part 2:    Sign Below

By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you understand that:

■ You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with your bankruptcy case.

■ You must pay the entire fee no later than 120 days after you first file for bankruptcy, unless the court later extends your deadline. Your debts will not be discharged until your entire fee is paid.

■ If you do not make any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings may be affected.

x Donald Parler                                     x _____                          x _____
Signature of Debtor 1                              Signature of Debtor 2                        Your attorney's name and signature, if you used one

Date  09/27/2022                                   Date _____                                 Date _____
MM / DD / YYYY                                      MM / DD / YYYY                               MM / DD / YYYY

Official Form 103A                        Application for Individuals to Pay the Filing Fee in Installments

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 22-17641-MBK

Donald Parler                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                     User: admin                                Page 1 of 1
Date Rcvd: Sep 27, 2022                  Form ID: pdf903                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2022:**

**Recip ID         Recipient Name and Address**
db            +    Donald Parler, 1 Joseph Court, Manchester, NJ 08759-5917

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2022                   Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:**

**Name                       Email Address**
U.S. Trustee
                           USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 1